SHARON C. COLLIER (State Bar No. 203450)
Sharon.Collier@fmglaw.com
FREEMAN MATHIS & GARY, LLP
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
T: (925) 466-5904
F: (833) 335-7962

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA JACQUEZ, an individual,<br><br>    Plaintiffs,<br>v.<br><br>COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation, ROBERT FERGUSON, and individual, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.<br><br>[Contra Costa County Superior Court Case No. C22-00945]<br><br>**DECLARATION OF SHARON C. COLLIER IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b) [DIVERSITY]**<br><br>Complaint Filed: May 6, 2022 |

I, Sharon C. Collier, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before the United States District Court for the Northern District of California. I am a Partner of the law firm of Freeman, Mathis & Gary. This firm has been retained to represent COSTCO WHOLESALE CORPORATION ("Costco"), which has been named as a defendant in a civil matter venued in Contra Costa County Superior Court of California as Case No. C22-00945.

2. I make this Declaration in support of Defendant Costco Wholesale Corporation's Notice of Removal to Federal Court Pursuant to 28 U.S.C. section 1441(b) [diversity]. I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so, I could

1
COLLIER DECL. ISO DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT

and would testify competently to same.

3. Plaintiff RAFAELA JACQUEZ ("Plaintiff") filed a Complaint for compensatory damages on May 6, 2022, in the Contra Costa County Superior Court. I understand Costco was served with the Summons and Complaint on May 25, 2022. A true and correct copy of the Summons and Complaint that Costco received is attached to the Request for Judicial Notice served herewith as **Exhibit A**.

4. In conjunction with the Complaint, Costco also received s Statement of Damages totaling $400,000.

5. Costco is contemporaneously filing an Answer to the Complaint in Case No. C22-00945 of the Contra Costa County Superior Court. A true and correct copy of the Answer is attached to the Request for Judicial Notice served herewith as **Exhibit B.**

6. Costco is the only named defendant to be served in this matter to date. I am not aware of Plaintiff effectuating service on the "Doe" defendants or the named individual defendant, ROBERT FERGUSON.

7. Costco Wholesale is a corporation formed and organized under the laws of the State of Washington. A true and correct copy of the Amended Statement of Designation by a Foreign Corporation evidencing Costco's citizenship in the State of Washington is attached to the Request for Judicial Notice served herewith as **Exhibit C**.

8. Defendant Costco's principal place of business is 999 Lake Drive, Issaquah, Washington 98027. A true and correct copy of the Statement of Information filed by Costco on June 27, 2019 with the California Secretary of State is attached to the Request for Judicial Notice served herewith as **Exhibit D**. This document evidences that Costco maintains its headquarters and principal place of business in the State of Washington.

9. Plaintiff alleges she is a resident of Contra Costa County in the State of California in her Complaint.

10. Costco has been put on notice that Plaintiff allegedly sustained injuries to her person in the accident at issue, as alleged in the operative Complaint.

///

COLLIER DECL. ISO DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT

Freeman Mathis & Gary, LLP
Attorneys at Law

11. Based on the allegations in the Complaint and the Statement of Damages, I believe the amount in controversy exceeds the jurisdictional minimum of this Court.

12. Costco's Notice to Adverse Parties of Notice of Removal is being contemporaneously filed in Case No. C22-00945 of the Contra Costa County Superior Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was executed on June ****, 2022, in Danville, California.

Dated: June 23, 2022                    FREEMAN MATHIS & GARY, LLP


By: _____
Sharon C. Collier
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1255 Treat Blvd, Suite 300, Walnut Creek, CA 94597 and my electronic service address is javi.brantley@fmglaw.com.

On June 23, 2022, I served copies of the attached document(s) entitled:

**DECLARATION OF SHARON C. COLLIER**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| **Robert L. Booker II**<br>**864 S. Robertson Blvd., 3rd Fl**<br>**Los Angeles, Ca 90035** | *Attorney for Rafaela Jacquez* |

E-mail: **Robert@CPLGLaw.com**
**Soheil@CPLGLaw.com**

ý  **BY ECF.** Pursuant to rule 5 of Federal Rules of Procedure, I served the attorneys of record by filing on the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, 2022 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Javier Alexandria Brantley*
　　　　　　　　　　　　　　　　　　　　　Javier Alexandria Brantley

**Freeman Mathis & Gary, LLP**
Attorneys at Law