UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA JACQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | Case No. 22-cv-03718-HSG<br><br>**AMENDED SCHEDULING ORDER** |

The Court has considered the parties' proposal. *See* Dkt. No. 38. Because the proposed changes do not allow for sufficient time between the dispositive motion hearing and the pretrial conference, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Opposition to Motion for Summary Judgment due | August 3, 2023 |
| Reply in support of MSJ due | August 10, 2023 |
| Dispositive Motion Hearing Deadline | August 24, at 2:00 p.m. |
| Pretrial Conference | November 14, at 3:00 p.m. |
| Jury Trial (5 days) | December 4, at 8:30 a.m. |

Because these changes have been made to accommodate the parties' request to continue case deadlines, the parties must make themselves available on the new dates.

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This
3   Order **TERMINATES** Docket No. 38.
4   **IT IS SO ORDERED.**
5   Dated:   5/30/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge