1  Sharon C. Collier (SBN 203450)
   sharon.collier@fmglaw.com
2  Jordan M. Meeks (SBN 311937)
   Jordan.meeks@fmglaw.com
3  **FREEMAN MATHIS & GARY, LLP**
   1255 Treat Boulevard, Suite 300
4  Walnut Creek, CA 94597

5  Telephone:    925.466.5904
   Facsimile:    833.317.0293
6

7  *Attorneys for Defendant*
   COSTCO WHOLESALE CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA JACQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Corporation; ROBERT FERGUSON, an individual, and DOES 1 to 100 Inclusive,<br><br>Defendants. | Case No. 4:22-cv-03718-HSG<br><br>**JOINT STIPULATION TO AMEND PLEADINGS PER COURT ORDER OF JULY 13, 2023; ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   May 6, 2022 |

**RECITALS**

Pursuant to the Honorable Court's Order of July 13, 2023, regarding defendant Costco Wholesale Corporation's Motion for Leave to File a Late Answer, the parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation to Amend the Pleadings, as follows:

1.   On May 6, 2022, Plaintiff initiated this lawsuit, and filed a Complaint in the Contra Costa County Superior Court, naming "Costco Wholesale Membership, Inc." as a Defendant;

2.   On June 23, 2022, Defendant Costco Wholesale Corporation filed an Answer to

1  Plaintiff's Complaint, generally denying Plaintiff's allegations and asserting various affirmative
2  defenses;
3      4.    On June 23, 2022, Defendant Costco Wholesale Corporation also filed a Notice
4  of Removal, and removed this matter to the United Stated District Court for the Northern
5  District of California, pursuant to 28 U.S.C. sections 1332(a) and 1441(a);
6      6.    On July 6, 2022, the Clerk for Department 21 of the Contra Costa County
7  Superior Court issued a notice to Costco Wholesale Corporation that it had rejected its Answer
8  because "Costco Wholesale Corporation" was not a named defendant, and the Court requires
9  that Costco either file an Answer on behalf of the correctly named entity, or indicate that it was
10 "erroneously sued";
11     12.    On June 28, 2023, Defendant Costco Wholesale Corporation filed a Motion for
12 Leave to File a Late Answer;
13     13.    On July 13, 2023, Plaintiff submitted a Non-Opposition to Costco's Motion for
14 Leave to File a Late Answer;
15     14.    On July 13, 2023, this Honorable Court issued an order directing the parties to
16 file a stipulation which permits Costco to file a late Answer, and to allow Plaintiff to amend her
17 Complaint to substitute the correct entity;
18     15.    Attached hereto as **Exhibit A** is the Answer Costco Wholesale Corporation
19 intends to file in this Court.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**Freeman Mathis & Gary, LLP**
Attorneys at Law

2
**JOINT STIPULATION TO AMEND PLEADINGS**

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that, within 30 days of the Court executing this Stipulation: (1) Costco will file the Answer to Plaintiff's Complaint which is attached hereto as **Exhibit A**; (2) Plaintiff will file a first amended Complaint to substitute defendant "Costco Wholesale Membership, Inc." with "Costco Wholesale Corporation". Furthermore, by this stipulation, (3) Plaintiff dismisses Robert Ferguson, an individual, from the action without prejudice.

**IT IS SO STIPULATED.**

Dated: July 21, 2023                              **FREEMAN MATHIS & GARY, LLP**

By: /s/ Jordan M. Meeks
Sharon C. Collier
Jordan M. Meeks
*Attorneys for Defendant*
Costco Wholesale Corporation

DATED: July 21, 2023                              **LYFE LAW**

By: /s/ Soheil Bahari
Soheil Bahari
Attorney for Plaintiff RAFAELA JACQUEZ

## ORDER

IT IS SO ORDERED.

DATE: 7/21/2023                              HON. HAYWOOD S. GILLIAM, JR.